**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DAVID A. STRANGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-08-441-M |
| ) | |
| MIKE ADDISON, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

On May 29, 2008, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition be dismissed without prejudice due to Petitioner's failure to either pay the required filing fee or to submit a completed *in forma pauperis* application. Petitioner was advised of his right to object to the Report and Recommendation by June 18, 2008. On June 17, 2008, petitioner filed his objection.

In his objection, petitioner contends that the Clerk's Office of the Western District of Oklahoma erred in directing his claim against Mike Addison and/or Joseph Harp. Alternatively, petitioner indicates that he asserted claims against the Anadarko Police Department and three judges in Caddo County. Petitioner, however, did not respond to the allegation that he failed to pay the required filing fee or submit a completed *in forma pauperis* application. Having carefully reviewed petitioner's objection and the Court file, and in light of petitioner's failure to either pay the required filing fee or submit a completed *in forma pauperis* application, the Court finds that the Magistrate Judge did not err in finding that the petition should be dismissed without prejudice.

Accordingly, upon <u>de</u> <u>novo</u> review, the Court:

(1)  ADOPTS the Report and Recommendation issued by the Magistrate Judge on May 29, 2008; and

(2)  DISMISSES the petition for writ of habeas corpus without prejudice.

**IT IS SO ORDERED this 24th day of June, 2008.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE